■ DONALD J. D'ALFONSO et al., Respondents, v HOWARD K. CASE, III, et al., Appellants. (Appeal No. 1.) [609 NYS2d 884] — Order unanimously affirmed without costs *(see, Barnes v Stone-Quinn,* 195 AD2d 12). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ VICKI L. D'ALFONSO, Individually and as Administratrix of the Estate of ASHLEY L. D'ALFONSO, Deceased, and on Behalf of DONALD J. D'ALFONSO, Respondent, v HOWARD K. CASE, III, et al., Appellants. (Appeal No. 2.) [609 NYS2d 884] —Order unanimously affirmed without costs *(see, Barnes v Stone-Quinn,* 195 AD2d 12). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN G. MIMS, Appellant. [610 NYS2d 914] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Attempted Kidnapping, 2nd Degree.) Present—Denman, P. J., Green, Lawton, Callahan and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE CHURAKOS, Appellant. [610 NYS2d 915] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.